U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 23 2010

TONY R. MOORE, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| JUSTIN D. GUERRIERO | CIVIL ACTION NO. 09-1846 |
| VERSUS | DISTRICT JUDGE WALTER |
| AMERICAN NATIONAL PROPERTY AND CASUALTY CO. | MAGISTRATE JUDGE HAYES |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 33] of the Magistrate Judge previously filed herein, and after an independent review of the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that Defendant's Motion to Dismiss the Complaint for Failure to State a Claim Upon Which Relief Can Be Granted, FED. R. CIV. P. 12(b)(6) [Record Document 21] is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22 day of March, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE