UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| JUSTIN D. GUERRIERO,<br>                Plaintiff<br><br>VERSUS<br><br>AMERICAN NATIONAL PROPERTY AND<br>CASUALTY COMPANY,<br>                Defendant | CIVIL ACTION NO.: 09-1846<br><br>SECTION:<br><br>JUDGE:  WALTER<br><br>MAGISTRATE JUDGE:  HAYES |

**MOTION FOR PROTECTIVE ORDER
TO PRECLUDE IMPROPER DISCOVERY ABOUT OTHER ANPAC AGENTS
BY AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, American National Property And Casualty Company ("ANPAC"), and in accordance with Federal Rule of Civil Procedure 26(c), respectfully requests this Honorable Court to issue a protective order precluding plaintiff, Justin D. Guerriero, from conducting discovery and/or questioning witnesses about other past or current ANPAC agents or applicants, taking depositions of or seeking discovery from other past or current ANPAC agents or applicants, and precluding plaintiff and his counsel from contacting other past or current ANPAC agents or applicants regarding this litigation.  The discovery sought by plaintiff is improper, not relevant, overly broad and unduly burdensome, and not likely to lead to the discovery of admissible evidence.  Under such circumstances, a protective order should issue "protect[ing] a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . [by] forbidding the discovery or disclosure." Fed.R.Civ.P 26(c)(1)(A).  A protective order is warranted in this case to protect ANPAC from the harassing, irrelevant, overly broad, and unduly burdensome discovery sought by plaintiff and to preclude written discovery and depositions that seek

1

irrelevant information regarding other ANPAC agents or applicants. This motion is further supported by the exhibits attached hereto and the attached Memorandum in Support.

ANPAC further certifies that pursuant to Local Rule 37.1W counsel for defendant has in good faith conferred with counsel for plaintiff regarding plaintiff's improper written discovery requests and the scope of relevant discovery during the corporate deposition of ANPAC and depositions of ANPAC witnesses. These issues could not be resolved. *See* Certificate of Counsel, attached hereto.

**WHEREFORE**, defendant, American National Property And Casualty Company ("ANPAC"), in accordance with Federal Rule of Civil Procedure 26(c), respectfully requests this Honorable Court to issue a protective order precluding plaintiff, Justin D. Guerriero, from conducting discovery and/or questioning witnesses about other past or current ANPAC agents or applicants, taking depositions of or seeking discovery from other past or current ANPAC agents or applicants, and precluding plaintiff and his counsel from contacting other past or current ANPAC agents or applicants regarding this litigation.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA   70002
Telephone:    (504) 834-6500
Fax:  (504) 834-6565

**BY:**      */s/ Jennifer R. Kretschmann*
**JAY M. LONERO, T.A. (No. 20642)**
    jlonero@lpwsl.com
**CHRISTOPHER R. PENNISON (No. 22584)**
    cpennison@lpwsl.com
**JENNIFER R. KRETSCHMANN (No. 28646)**
    jkretschmann@lpwsl.com

2

          **AND**

          **BLEICH & BURNETT, APLC**
          112 West Louisiana Avenue
          Ruston, LA  71270
          Telephone:     (318) 255-1234
          Fax:               (318) 255-6124
          **E. JOSEPH BLEICH (No. 03129)**
          joe@northlalaw.com

          **ATTORNEYS FOR AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, by e-mailing, faxing, and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

            */s/ Jennifer R. Kretschmann*